ACCEPTED
15-25-00019-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/21/2025 5:53 PM
CHRISTOPHER A. PRINE
CLERK

**BOHREER LAW FIRM PLLC**
**777 Post Oak Blvd., Suite 950**
**Houston, Texas 77056**
**832-856-3006 (Telephone)**
**832-856-2891 (Facsimile)**
**www.bohreerlaw.com**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/21/2025 5:53:03 PM
CHRISTOPHER A. PRINE
Clerk

February 21, 2025

*Via E-file*
Honorable Chief Justice Scott Brister
Honorable Justice Scott Field
Honorable Justice April Farris
15th Court of Appeals
300 W 15th Street, Suite 607
Austin, Texas 78701

> Re:  Cause No. 15-25-00019-CV / TC # 25-BC11A-0001(1)
> In Re T. Bently Durant, Thomas R. Durant, The Durant Classic Dynasty Trust, Michael A. Ward, 8100 Partners, Ltd., 8100 Management LLC, 8705 Partners, Ltd., 8705 Management LLC, Classic Chevrolet Sugar Land, LLC, Classic Chevrolet West Houston, LLC, Classic Elite Buick GMC, Inc. and 16835 Cadet Partners, LLC
> In the Court of Appeals for the Fifteenth District of Texas at Austin

Honorable Justices of Said Court:

Michael Jeffrey Sebastian sends this letter brief urging the Court to deny the Emergency Motion to Stay Proceeding Pending Mandamus ("Emergency Motion") and, given the opinions issued by the Court today, the Mandamus should be relief as well.

The Relators' point to no actual imminent harm and certainly have an adequate remedy at law. The Emergency Motion seeks to stay an entire case, which was filed and commenced in July 2024 pending review of a Mandamus, which to be granted requires the case to have been filed on or after September 1, 2024. The Emergency Motion is premised upon a hearing to occur on February 24, 2025. There is no imminent harm that arises from the trial court conducting a hearing, even a Temporary Restraining Order Hearing. If the trial court acts on Monday that Relators believe abuses the trial court's discretion or the law, the Relators have adequate legal relief, a mandamus of such ruling. No preemptive emergency relief is necessary or appropriate. On the larger scale, the Relators seek to stay an entire proceeding in a case undisputedly filed and commenced on July 11, 2024. Today, this Court issued opinions in IN RE ETC FIELD SERVICES, LLC, NO. 15-24-00131-CV and IN RE SYNERGY GLOBAL OUTSOURCING, LLC, NO. 15-25-00002-CV, which we believe are dispositive of this entire matter or at least instructive. Certainly, Real Party In Interest, Michael Jeffrey Sebastian, contends these cases provide reason to deny the Emergency Motion.

Real Party In Interest, Michael Jeffrey Sebastian, asks the Court to deny the Emergency Motion and, upon review, summarily deny the Mandamus.

Respectfully submitted,

BOHREER LAW FIRM PLLC

E. Michelle Bohreer
State Bar No. 06717100
Pritesh Soni
State Bar No. 24063926
777 Post Oak Blvd., Suite 950
Houston, Texas 77056
Telephone: 832-856-3006
Facsimile: 832-856-2891
Emails: michelle@bohreerlaw.com
      pritesh@bohreerlaw.com
E-service: e-service@bohreerlaw.com
*Attorneys for Real Party In Interest, Michael Jeffrey Sebastian, Individually, on behalf of the Sebastian Community Estate, and Derivatively on Behalf of the Classic Dealerships*

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing document has been delivered or forwarded to all counsel and unrepresented persons as listed below, **[ ] by personal delivery or receipted delivery service**, or **[ ] by certified or registered mail**, return receipt requested, by depositing the same, postpaid, in an official deposit under the care and custody of the United States Postal Service, or **[ ] by facsimile** to the recipient's facsimile number identified below, or **[ X ] by e-service** to the recipient's email address identified below and the electronic transmission was reported as complete, on this the **21st** day of **February 2025**, in accordance with the Rule 21a of the Texas Rules of Civil Procedure:

| | |
|---|---|
| Bobby K. Newman<br>Bobby K. Newman PC<br>3355 W Alabama St., Suite 444<br>Houston, TX 77098<br>Email: bobby@bobbyknewman.com<br><br><br>Randall B. Wilhite<br>Fullenweider Wilhite<br>515 Post Oak Blvd., Suite 800<br>Houston, TX 77027<br>Email: rwilhite@fullenweider.com<br><br>*ATTORNEY FOR PETITIONER / COUNTERRESPONDENT, TIFFANY LYNN SEBASTIAN* | Laura Dale<br>Laura Dale & Associates P.C.<br>1800 Saint James Place, Suite 620<br>Houston, Texas 77056<br>Telephone: 713-489-6674<br>Facsimile: 713-600-1718<br>Email: ldale@dalefamilylaw.com<br><br>*ATTORNEYS FOR RESPONDENT / COUNTERPETITIONER, MICHAEL JEFFREY SEBASTIAN* |

| | |
|---|---|
| Joseph W. DiCecco<br>State Bar No. 05812520<br>jdicecco@grsm.com<br>John A. Coselli<br>State Bar No. 24100163<br>jcoselli@grsm.com<br>Nicholas A. Ocampo<br>State Bar No. 24126423<br>nocampo@grsm.com<br>GORDON REES SCULLY MANSUKHANI LLP<br>1900 West Loop South, Suite 1000<br>Houston, TX 77027<br>Telephone: 713-490-4879<br>Facsimile: 713-961-3938<br>*ATTORNEYS FOR THIRD-PARTY PLAINTIFF, TIFFANY LYNN SEBASTIAN, INDIVIDUALLY, ON BEHALF OF THE SEBASTIAN COMMUNITY ESTATE, AND DERIVATIVELY ON BEHALF OF THE CLASSIC DEALERSHIPS* | J. Mitchell Little<br>State Bar No. 24043788<br>Mitch.little@solidcounsel.com<br>Steven Ovando<br>State Bar No. 24128862<br>Steven.ovando@solidcounsel.com<br>SCHEEF & STONE, L.L.P.<br>2600 Network Blvd., Suite 400<br>Frisco, TX 75034<br>Telephone: 214-472-2100<br>Facsimile: 214-472-2150<br>*ATTORNEYS FOR THIRD-PARTY PLAINTIFF, TIFFANY LYNN SEBASTIAN, INDIVIDUALLY, ON BEHALF OF THE SEBASTIAN COMMUNITY ESTATE, AND DERIVATIVELY ON BEHALF OF THE CLASSIC DEALERSHIPS* |

Derek D. Rollins
State Bar No. 24029803
Lucas Peterson
State Bar No. 24121469
Shackelford, McKinley & Norton, LLP
9201 N Central Expressway, Fourth Floor
Dallas, TX 75231
Telephone: 214.780.1400
Facsimile: 214.780.1401
Email: drollins@shackelford.law
        lpeterson@shackelford.law

Timothy D. Zeiger
State Bar No. 22255950
2600 Via Fortuna, Suite 150
Austin, TX 78746
Telephone: 512.469.0900
Facsimile: 512.469.0930
Email: tzeiger@shackelford.law
*ATTORNEYS FOR THIRD-PARTY
DEFENDANTS, T. BENTLY DURANT,
THOMAS R. DURANT, THE DURANT
CLASSIC DYNASTY TRUST, MICHAEL A.
WARD, 8100 PARTNERS, LTD., 8100
MANAGEMENT LLC, 8705 PARTNERS,
LTD., 8705 MANAGEMENT LLC., CLASSIC
CHEVROLET SUGAR LAND, LLC, CLASSIC
CHEVROLET WEST HOUSTON, LLC,
CLASSIC ELITE BUIC GMC, INC. AND
16835 CADET PARTNERS, LLC.*

E. Michelle Bohreer

3

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

E Michelle Bohreer on behalf of E. Michelle Bohreer
Bar No. 6717100
michelle@bohreerlaw.com
Envelope ID: 97677716
Filing Code Description: Letter
Filing Description: Letter to the Court
Status as of 2/21/2025 6:04 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| E Michelle Bohreer | | michelle@bohreerlaw.com | 2/21/2025 5:53:03 PM | SENT |
| E MichelleBohreer | | e-service@bohreerlaw.com | 2/21/2025 5:53:03 PM | SENT |
| Laura Dale | | ldale@dalefamilylaw.com | 2/21/2025 5:53:03 PM | SENT |
| Pritesh Soni | | pritesh@bohreerlaw.com | 2/21/2025 5:53:03 PM | SENT |
| Sharon Taylor | | sharont@bohreerlaw.com | 2/21/2025 5:53:03 PM | SENT |
| K ElizabethSwan | | eswan@shackelford.law | 2/21/2025 5:53:03 PM | SENT |
| Derek DRollins | | drollins@shackelford.law | 2/21/2025 5:53:03 PM | SENT |
| Lucas Peterson | | lpeterson@shackelford.law | 2/21/2025 5:53:03 PM | SENT |
| Timothy DZeiger | | tzeiger@shackelford.law | 2/21/2025 5:53:03 PM | SENT |
| Hon Stacy RogersSharp | | BCClerk@txcourts.gov | 2/21/2025 5:53:03 PM | SENT |
| J MitchLittle | | mitch.little@solidcounsel.com | 2/21/2025 5:53:03 PM | SENT |
| Steven Ovando | | steven.ovando@solidcounsel.com | 2/21/2025 5:53:03 PM | SENT |
| John Coselli III | | john@diceccolawpartners.com | 2/21/2025 5:53:03 PM | SENT |
| Jill KEvangelista | | jill@diceccolawpartners.com | 2/21/2025 5:53:03 PM | SENT |
| Joseph WDiCecco | | joe@diceccolawpartners.com | 2/21/2025 5:53:03 PM | SENT |